IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO, Inmate #R30073,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-430-WDS** |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

On July 16, 2007, this Court entered judgment in this action because Plaintiff failed to pay the $350 filing fee as ordered. Following judgment, Plaintiff filed a "notice" (Doc. 6) claiming unconstitutionality, a motion for summary judgment seeking stay of filing fees (Doc. 7), and a "notice for request to an opportunity to be heard," which the Clerk construed as a motion for a hearing (Doc. 8). Each of these motions is **DENIED**.

Because this case is closed, the Clerk is **DIRECTED to return, UNFILED, any and all further documents** submitted by or on behalf of Fasullo in this action, *EXCEPT for a clearly stated notice of appeal.*

**IT IS SO ORDERED.**

DATED: September 10, 2007.

s/ **WILLIAM D. STIEHL**
**DISTRICT JUDGE**